UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO MONREAL-HERNANDEZ,

    Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:20-mj-00303

## ORDER

Defendant appeared before me on August 12, 2020, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly**, IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on August 13, 2020.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge